CHRISTOPHER J. OLSON, ESQ. (192689)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smwb.com

Attorneys for Defendants,
ENDS IN E., INC.,
BACKTASH AMINI, HAJERAH AMINI,
MOHAMMAD NOMAN AMINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> ENDS IN E., INC., a California Corporation; BACTASH AMINI; AJERAH AMINI; MOHAMMOD NOMAN AMINI and Does 1 through 10, <br><br> Defendants. | CASE NO: 14-03957 ~~PSG~~ BLF <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER RE: DEFENDANTS BACTASH AMINI, AJERAH AMINI, AND MOHAMMOD NOMAN AMINI'S FILING OF RESPONSIVE PLEADING** <br><br> Judge: Hon. ~~Paul Singh Grewal~~ Beth Labson Freeman <br> **Courtroom: 5** <br><br> **Complaint Filed:** September 2, 2014 <br> **Trial Date: Not Set** |

   WHEREAS, Plaintiff RAFAEL ARROYO, JR. filed his Complaint in this action on September 2, 2014;

   WHEREAS, Defendants BACTASH AMINI, AJERAH AMINI and MOHAMMOD NOMAN AMINI have not yet filed responsive pleading to the Complaint, and where such responsive pleading would be due to be filed on September 29, 2014;

   WHEREAS, Defendants BACTASH AMINI, AJERAH AMINI and MOHAMMOD NOMAN AMINI intend to file a responsive pleading on or before October 8, 2014.

///

STIPULATION AND ~~[PROPOSED]~~ ORDER RE: DEFENDANTS BACTASH AMINI, AJERAH AMINI, AND MOHAMMOD NOMAN AMINI'S FILING OF RESPONSIVE PLEADING

1

NOW, THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, that:

1. Defendants BACTASH AMINI, AJERAH AMINI and MOHAMMOD NOMAN AMINI deadline for filing and serving its responsive pleading to the Complaint will be extended to October 8, 2014.

Dated:  October 2, 2014        **SWEENEY, MASON, WILSON & BOSOMWORTH**

By:   /S/ Christopher J. Olson
        CHRISTOPHER J. OLSON, ESQ.
        Attorneys for Defendants

Dated:  October 2, 2014        **POTTER HANDY, LLP**

By:   /S/ Phyl Grace
        PHYL GRACE, ESQ.
        Attorneys for Plaintiff

**IT IS HEREBY ORDERED THAT:**

1. Defendants BACTASH AMINI, AJERAH AMINI and MOHAMMOD NOMAN AMINI deadline for filing and serving its responsive pleading to the Complaint will be extended to October 8, 2014.

Dated: October 3, 2014

_/s/ Beth Labson Freeman_
Judge of the Northern District of California

STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS BACTASH AMINI, AJERAH AMINI, AND MOHAMMOD NOMAN AMINI'S FILING OF RESPONSIVE PLEADING

2